**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   4:15-CR-404  HEA NAB |
| ) | |
| GLORIA WARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above-named defendant, having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A),

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender for this District is appointed to represent the above-named defendant in this matter.

Dated this 13th day of January, 2016.

.

  /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE