**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No.**  4:15-CR-404 HEA NAB |
| | ) |
| GLORIA WARD                     , | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A (c) and,

the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public

Defender for this District is hereby appointed to represent the above-named defendant for:

☑  The initial appearance only.

☐  All further proceedings in this case.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this ___13th___ day of____January____, 2016___.