UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 14 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) No.: S3- 4:15 CR 404 HEA (NAB) | |
| v. ) | |
| ) | |
| ISAIAH LOVE, ) | |
| a/k/a "Skeet," ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. There is a serious risk that the defendant will flee;

2. The defendant is charged with an offense for which a mandatory minimum of ten years incarceration and a maximum term of life imprisonment is prescribed under Title 21 (Controlled Substance Act).

3. Defendant is a danger to the community.


WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the defendant's initial appearance.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ Michael C. Reilly_
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200