UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:15-CR-00 404 HEA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| DERRICK TERRY, ) | |
| Defendant. ) | |

### DEFENDANT'S DERRICK TERRY'S REQUEST TO EXPEDITE SENTENCING DATE

COMES NOW, Defendant, Derrick Terry by and through his attorney, Ross W. Buehler, and respectfully requests that the Court to expedite sentencing in this matter from its current setting of March 20, 2025 to March 12, 2025 at 3:00 p.m..

Counsel has consulted with the government by and through Assistant United States Attorneys Erin Granger, and Michael Reilly who do not oppose this request.

WHEREFORE, counsel for Defendant respectfully moves this Court grant his Motion to Continue Sentencing from the previously set March 12, 2025 at 3:00 p.m. and for any other such order the Court deems necessary.

Respectfully submitted,

The Lampin Law Firm,

By:  /s/ *Ross W. Buehler*
Ross W. Buehler, #50973, Mo. Bar No. 36168
5770 Mexico Road, Suite A
St. Peters, Mo 63376
(636) 229-9999 (telephone)
(636) 441-0809 (facsimile)
ross@lampinlaw.com

CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a copy of the foregoing was electronically filed with the United States District Court, Eastern District of Missouri on this 28th day of February, 2025.

                 /s/ *Ross W. Buehler*